## ABERNATHY ET AL. *v.* ALABAMA.

No. 9.   Argued October 12–13, 1964.—Decided April 5, 1965.

*Louis H. Pollak* argued the cause for petitioners.   With him on the brief were *Jack Greenberg, Constance Baker Motley, James M. Nabrit III, Fred D. Gray* and *Charles S. Conley.*

*Leslie Hall,* Assistant Attorney General of Alabama, argued the cause for respondent.   With him on the brief was *Richmond M. Flowers,* Attorney General of Alabama.

PER CURIAM.

The judgments are reversed.   *Boynton* v. *Virginia,* 364 U. S. 454.

MR. JUSTICE BLACK and MR. JUSTICE WHITE took no part in the consideration or decision of this case.